1 | Benno Ashrafi, Esq. (CSB No. 247623)
bashrafi@weitzlux.com
2 | Tyler Stock, Esq. (CSB No. 288178)
tstock@weitzlux.com
3 | **WEITZ & LUXENBERG, P.C.**
1880 Century Park East, Suite 700
4 | Los Angeles, California 90067
Telephone: (310) 247-0921
5 | Facsimile: (310) 786-9927

6 | Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLF UNTERLEITNER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BASF CATALYSTS LLC, individually and as successor in interest to ENGELHARD CORPORATION, ENGELHARD INDUSTRIES, ENGELHARD MINERAL & CHEMICAL CORPORATION and EASTERN MAGNESIA TALC COMPANY; CSK AUTO, INC., individually and as successor in interest to KRAGEN AUTO PARTS, KRAGEN AUTO SUPPLY CO., GRAND AUTO SUPPLY, INC., NORTHERN AUTOMOTIVE CORPORATION, CHECKER AUTO PARTS, INC., TBDPC CORPORATION, PACCAR AUTOMOTIVE, INC., DORMAN'S, INC., LKS AUTOMOTIVE, GRAND AUTO, INC>, AL'S AND SCHUCK'S AUTO SUPPLY, TOPPS AUTOMOTIVE, and TRAK AUTO; GENUINE PARTS COMPANY, a/k/a and individually and as successor in interest to NAPA AUTO PARTS; HONEYWELL INTERNATIONAL, INC., f/k/a and individually and as successor in interest to BENDIX CORPORATION; HORN COMPANY, individually and as successor in interest to E.T. HORN COMPANY; SRI | **Case No.: 3:16-cv-00818-JSC**<br><br>[Alameda County Superior Court Case No.: RG15778755]<br><br>Assigned to the Hon. Jacqueline S. Corley<br><br><br>**(PROPOSED) ORDER RE: STIPULATION TO SHORTEN TIME OF HEARING FOR PLAINTIFF'S MOTION TO REMAND AND FOR AWARD OF COSTS INCURRED** |

INTERNATIONAL, individually and as successor in interest to STANFORD RESEARCH INSTITUTE; THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA, INC.; and DOES 1 through 400, inclusive.

Defendants.

Plaintiff ROLF UNTERLEITNER and defendant O'REILLY AUTO ENTERPRISES, LLC (f/k/a CSK AUTO, INC.) by and through their attorneys of record, hereby stipulate and agree to shorten the time on hearing Plaintiff's Motion to Remand and for Award of Costs Incurred to March 3, 2016, with defendant's Opposition due March 1, 2016, and Plaintiff's Rely due March 2, 2016.

IT IS ORDERED:

DATED:

_____
The Honorable Jacqueline S. Corley
United State District Court Magistrate Judge